## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 8th day of April, 2005, I caused a true and correct copy of the **Stipulation of Voluntary Dismissal**, to be served upon the parties listed below in the manners indicated.

### VIA FIRST CLASS U.S. MAIL

William C. Hernquist II, Esquire
HERNQUIST & ASSOCIATES
2404 Broadway, Second Floor
San Diego, CA 92102

_____
Mary E. Augustine (No. 4477)